SCOTT H. HOWARD, CITY ATTORNEY
ANN M. MAURER, SR. ASSISTANT CITY ATTORNEY
613 East Broadway, Suite 220
Glendale, California 91206
Telephone: (818) 548-2080
FAX: (818) 547-3402
State Bar No. 179649

Attorneys for Defendants
City of Glendale and Officers Russell Hancock,
Jason Ross, Frank Martinez and Warren Holmes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SAHAKIAN, NATHALIE SAHAKIAN, KARINEH SAVADIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF GLENDALE, A POLITICAL SUBDIVISION OF THE STATE OF CALIFORNIA; OFFICER RUSSELL HANCOCK; OFFICER JASON ROSS; OFFICER FRANK MARTINEZ; WARREN HOLMES AND DOES I THROUGH XX, INCLUSIVE, <br><br> Defendants. | Case No.  CV05-7419 FMO <br><br> **JUDGMENT ON VERDICT** <br><br> [Magistrate Fernando M. Olguin] |

    This action having been tried before the Court sitting with a jury, the Honorable Fernando M. Olguin, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

///

///

///

///

IT IS ORDERED AND ADJUDGED that plaintiffs Michael Sahakian, Nathalie Sahakian and Karineh Savadian take nothing; that the action be dismissed on the merits and that defendants City of Glendale, and Officers Russell Hancock, Warren Holmes, Jason Ross and Frank Martinez recover of the plaintiffs the costs of action, taxed in the sum of _____.


Dated: _____

The Honorable Fernando M. Olguin
United States Magistrate Judge